UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE LAURENCE DA SIL HESTON, <br> Plaintiff, <br> v. <br> COMMISSIONER OF SSA, <br> Defendant. | Case No. 17-cv-04045-SVK <br><br> **ORDER TO SHOW CAUSE** |

On July 18, 2017, Plaintiff Felipe Laurence da sil Heston ("Plaintiff") filed a Complaint for Judicial Review of Decision of Commissioner of Social Security. ECF 1. On July 19, 2017, the court issued a Social Security Procedural Order which, inter alia, required Plaintiff to file and serve a motion for summary judgment within 28 days of service of Defendant's Answer pursuant to Civil Local Rule 16-5. ECF 5.

Defendant thereafter served and filed an Answer to the Complaint on December 19, 2017. ECF 14. The parties then stipulated to an extension of time for Plaintiff to file a motion for summary judgment. ECF 16. The Court granted the extension, extending the deadline from January 22, 2018, to February 16, 2018. ECF 17. On February 21, 2018, the parties again filed a stipulation for extension of time for Plaintiff to file a motion for summary judgment. ECF 19. The Court again granted the extension, extending the deadline from February 16, 2018, to February 28, 2018. ECF 20. On March 20, 2018, Plaintiff filed an untimely motion for extension of time to file a motion for summary judgment. ECF 21. The Court granted the motion, extending the deadline to file a motion for summary judgment to April 6, 2018. ECF 22. The Court indicated there "shall be no further extensions granted." ECF 22 at 3.

Plaintiff has still not filed a motion for summary judgment.

1    Plaintiff is hereby ordered to show cause why this case should not be dismissed with
2    prejudice for failure to prosecute. Plaintiff shall file a response or a motion for summary judgment
3    by April 24, 2018. If no response or motion is filed by April 24, 2018, this case will be dismissed
4    with prejudice for failure to prosecute.

6    **SO ORDERED.**

7    Dated: April 17, 2018

_____
SUSAN VAN KEULEN
United States Magistrate Judge